■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE N. SEATON, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Campbell, J.), rendered July 18, 1983, convicting him of burglary in the second degree and petit larceny, upon a jury verdict, and sentencing him as a persistent violent felony offender.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the plea minutes introduced at the presentence hearing *(see,* CPL 400.16) proved that one of his predicate felony convictions was for the attempted possession of a *loaded* firearm. These minutes, which were shown to defense counsel who voiced no objection, stated that the defendant pleaded guilty to "the crime of attempted criminal possession of a dangerous weapon, in that [he] unlawfully had in [his] possession a loaded revolver". Since the defendant pleaded guilty to this offense in satisfaction of an indictment charging him with criminal possession of a loaded firearm *(see,* Penal Law § 265.02 [4]), that crime is defined as a class E violent felony offense *(see,* Penal Law § 70.02 [1] [d]). Accordingly, the defendant's contention that he was improperly sentenced as a persistent violent felony offender must be rejected.

The defendant's remaining contentions, including those raised in his *pro se* supplemental brief, have been examined and found to be without merit. Mangano, J. P., Weinstein, Lawrence and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SMITH, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kooper, J.), rendered April 11, 1983, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.